UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MARTAZANOV,<br><br>                         Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                        Respondents. | Case No.: 26-cv-972-RSH-DEB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On February 15, 2026, petitioner Adam Martazanov filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. The Court thereafter ordered a response and set a briefing schedule. ECF No. 2. On February 26, 2026, Respondents filed a return. ECF No. 4.

The Petition alleges as follows. Petitioner, a citizen of Russia, applied for admission to the United States from Mexico on October 31, 2022. ECF No. 1 ¶ 2. He was briefly detained, and on November 1, 2022 was released into the United States on humanitarian parole. *Id.* He thereafter applied for asylum. *Id.* ¶ 3. On December 18, 2025, Petitioner was rearrested and taken into immigration custody. *Id.* ¶ 4. He was not told why he was being arrested. *Id.* Petitioner is currently in immigration custody at the Otay Mesa Detention Center in San Diego, California. *Id.*

The Petition challenges the legality of Petitioner's detention on various grounds, and requests his immediate release. The Petition further alleges that in many cases in this District involving similarly situated petitioners, the respondents file a statement acknowledging that the petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond hearing. *Id.* ¶ 71. Petitioner expressly argues that such a hearing would be inadequate in his case; he is *not* seeking such a hearing. *Id.* ¶¶ 72-75.

Respondents' return does not address the merits of the Petition, and Respondents have not sought additional time to do so. The return instead "acknowledge[s] that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 1. In the context of the record here—the Petition, the Court's order directing a response, and the return—the Court construes the return as not opposing the relief sought.

Accordingly, the Petition is **GRANTED** as follows. Respondents are ordered to release petitioner Adam Martazanov from custody ***no later than Monday, March 2, 2026***, subject to his preexisting conditions of release on parole, or such other conditions of release on recognizance that may be appropriate. The Court declines to issue further declaratory relief.

**IT IS SO ORDERED.**

Dated: February 27, 2026

_Robert S. Huie_
Hon. Robert S. Huie
United States District Judge